IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WILLIAM D. BURGAN, LYNETTE BURGAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX NIXON, THOMAS RIEGER, CARBON COUNTY,<br><br>Defendants. | CV 16-61-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Joint Stipulation to Dismiss with Prejudice (Doc. 102), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 29th day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1